## Fulton E. Burke, Appellee, v. Margaret Lee Burke, Appellant.

### Gen. No. 41,281.

542

opinion filed December 23, 1940; rehearing denied January 6, 1941. Guy M. Blake, for appellant; Robert E. Cantwell, Jr., for appellee. Opinion by Presiding Justice O'Connor. ''Not to be published in full.''